IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hubbard, Adam | Case Number:  08 B 19527 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  7/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,363.97 | |
| Secured: | | 1,200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,942.38 |
| Trustee Fee: | | 221.59 |
| Other Funds: | | 0.00 |
| Totals: | 3,363.97 | 3,363.97 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,942.38 |
| 2. | Americredit Financial Ser Inc | Secured | 15,674.00 | 1,200.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 10,437.91 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,152.39 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 339.62 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 17.93 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 29.44 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 23.29 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 150.54 | 0.00 |
| 10. | First Choice Loans | Unsecured | 30.00 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 358.10 | 0.00 |
| 12. | Cashland | Unsecured | 25.60 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 31.50 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 24.97 | 0.00 |
| 15. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 16. | Advance America | Unsecured | | No Claim Filed |
| 17. | Cook County Clerk | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | American Collection Corp | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Debt Credit Service | Unsecured | | No Claim Filed |
| 22. | Fingerhut | Unsecured | | No Claim Filed |
| 23. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 24. | Payday Loan | Unsecured | | No Claim Filed |
| | | | $ 31,759.29 | $ 3,142.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hubbard, Adam

Printed: 03/24/09

Case Number: 08 B 19527
Judge: Hollis, Pamela S
Filed: 7/29/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 27.81 |
| 6.6% | 193.78 |
| | $ 221.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*